# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of May, two thousand twenty-six,

Weihai Lianqiao International Coop Group Co., Ltd.,

      Plaintiff-Counter-Defendant-Appellee,

v.

A Base IX Company LLC,

      Defendant-Counter-Claimant-Appellant,

Albert Gammal, David A. Apperman,

      Defendants-Appellants.

**ORDER**
Docket No. 25-2042

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/12/2026