LAZARUS & LAZARUS, P.C.
COUNSELLORS AT LAW

240 MADISON AVENUE 8™ FL.
NEW YORK, N.Y. 10018

TEL: 212-889-7400
FAX: 212-684-0314

June 3, 2026

*Via ACMS To:*

**United States Court of Appeals**
**for the Second Circuit**
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007
Attn: Clerk of the Court

Re:    **Weihai Liangiao International Coop Group Co., Lts v A Base IX Company LLC et al.**
**Appeal Case No. 25-2042**

To whom this may concern:

I represent appellants A Base IX Company LLC, Albert Gammal and David Apperman ("Appellants") in connection with the above referenced appeal.

On May 11, 2026, the parties filed a stipulation pursuant to Local Rule 42.1 withdrawing the appeal without prejudice, which was so-ordered on May 12, 2026. We write timely to reinstate the above-captioned appeal pursuant to Local Rules 42.1 and 31.2.

Respectfully,

/s/ Harlan Lazarus

Harlan M. Lazarus, Esq.

Cc: All counsel of record (via ACMS)