# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

       At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of June, two thousand twenty-six.

---

Weihai Lianqiao International Coop Group
Co., Ltd.,

    Plaintiff-Counter-Defendant-Appellee,

  v.

A Base IX Company LLC,

    Defendant-Counter-Claimant-Appellant,

Albert Gammal, David A. Apperman,

    Defendants-Appellants.

**ORDER**

Docket No. 25-2042

---

       IT IS HEREBY ORDERED that Appellee's motion to extend time to file its brief is DENIED as moot. Appellee's brief was timely filed on June 26, 2026.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court